

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00208-CV

Richard **PAMPLIN** and Networth Cashflow Systems, LLC,
Appellants

v.

Kelly **STEPHENSON**, Trustee of The Coffee Time, Inc. 40 I K (PSP),
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI05138
Honorable Aaron Haas, Judge Presiding

# O R D E R

On February 10, 2022, appellee Kelley Stephenson, Trustee of the Coffee Time, Inc. 401K(PSP) filed a motion requesting an extension of time in which to file a brief and to supplement the record on appeal. On February 17, 2022, we granted the motion and ordered appellee to file the brief and any supplemental record no later than March 14, 2022.

On March 14, 2022, appellee filed a second request for an extension of time. Mr. Richard N. Thompson, counsel for appellee, contends he has not yet received the supplemental reporter's record and does not know when it will be filed. Counsel does not identify the court reporter, nor indicate whether the reporter has been paid for the supplemental record.

Mr. Thompson is hereby ORDERED to provide this court with the identity of the court reporter responsible for preparing the supplemental record and identify the contents of the record **no later than March 25, 2022**.

Mr. Thompson is ORDERED to file appellee's brief **no later than April 18, 2022**. Further requests for an extension of time are disfavored and, if counsel files a third request, his motion must reasonably explain (1) his failure to timely file the brief and (2) why appellant is not significantly injured by appellee's failure to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court